■ In the Matter of AMBASE CORPORATION, Respondent, v

MARSHALL MANLEY, Appellant. [595 NYS2d 683] —Order and judgment (one paper), Supreme Court, New York County (Jacqueline Silbermann, J.), entered on April 17, 1992, unanimously affirmed for the reasons stated by Silbermann, J., without costs and without disbursements. No opinion. Concur—Carro, J. P., Ellerin, Wallach, Kassal and Rubin, JJ.